# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER BARROS MILLAN, | ) | CASE NO. 4:25-cv-02779 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE REUBEN J. |
| | ) | SHEPERD |
| WARDEN ED VOORHIES, et al., | ) | |
| | ) | |
| Respondents. | ) | **JUDGMENT ENTRY** |

For the reasons stated in the contemporaneously filed Order Adopting In Part Magistrate Judge's Report and Recommendation, Petitioner's Petition (ECF No. 1) is **GRANTED IN PART**. Respondents are **ORDERED** to hold a hearing no more than **TEN BUSINESS DAYS** after the filing of this Court's Order to determine whether Petitioner is entitled to discretionary bond under §1226(a) and consistent with this Court's Order.

**IT IS SO ORDERED.**

Date: May 15, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

1